**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00502-MSK

YVONNE MONTOYA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the OPINION AND ORDER of Chief Judge Marcia S. Krieger entered on December 16, 2013 it is

ORDERED that this action was decided by Chief Judge Marcia S. Krieger on Plaintiff YVONNE MONTOYA's Social Security appeal.  The Court has ordered that the decision of the administrative Law Judge is REVERSED and REMANDED.  Accordingly, it is further

ORDERED that final judgment is entered in favor of Plaintiff YVONNE MONTOYA and against Defendant Commissioner, and Plaintiff shall recover her costs from Defendant, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk